FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVIN CRISTIAN CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. DON ANDERSON, SGT. RASHEED BEN-SULTANA, C/O SMITH, and C/O MOSEMAN,<br><br>    Defendants. | No. 2:25-CV-0074-TOR<br><br>ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT |

BEFORE THE COURT is Plaintiff's Motion for Partial Summary Judgment. ECF No. 28. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion for Partial Summary Judgment, ECF No. 28, is **DENIED**.

The District Court Executive is directed to enter this Order and furnish a copy to Plaintiff at his last known address.

**DATED** February 10, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 2