FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVIN CRISTIAN CURTIS,<br><br>Plaintiff,<br><br>v.<br><br>SGT. DON ANDERSON, SGT. RASHEED BEN-SULTANA, C/O SMITH, and C/O MOSEMAN,<br><br>Defendants. | NO. 2:25-CV-0074-TOR<br><br>ORDER DENYING RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration (ECF No. 43). This matter was submitted for consideration without oral argument. The Court has reviewed the records and files herein and is fully informed.

The Court previously denied Plaintiff's motion for partial summary judgment and motion for default. ECF Nos. 40, 41. Plaintiff moves for reconsideration of the Court's orders. ECF No. 43.

Reconsideration may be appropriate in cases that "involve an intervening change in the law, the availability of new evidence, or the need to correct a clear

ORDER DENYING RECONSIDERATION ~ 1

error or prevent manifest injustice." *Seiko Epson Corp. v. Glory S. Software Mfg., Inc.*, 684 F. Supp. 2d 1231, 1242 (D. Or. 2010). Whether to grant a motion for reconsideration is within the sound discretion of the court. *Navajo Nation v. Confederated Tribes and Bands of the Yakima Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003). The Court does not find reconsideration is warranted here.

The Court did not find that any delay in conducting the Rule 26 conference was "due to the willfulness, bad faith, or fault" on the part of Defendants warranting default judgment. *Hester v. Vision Airlines, Inc.*, 687 F.3d 1162, 1169 (9th Cir. 2012); ECF No. 36. Moreover, the Court previously ruled that Plaintiff's motion for partial summary judgment was premature as discovery had not yet begun and deferred ruling on it. ECF No. 32. When a summary judgment motion is premature, a court may "(1) defer considering the [summary judgment] motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order." Fed. R. Civ. P. 56(d). The discovery cutoff date is set for July 3, 2026 pursuant to the Bench Trial Scheduling Order. ECF No. 42. Therefore, Plaintiff may refile the motion once the parties have had time to take discovery.

//

//

//

ORDER DENYING RECONSIDERATION ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  Plaintiff's Motion for Reconsideration (ECF No. 43) is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED May 14, 2026.



Thomas O. Rice
THOMAS O. RICE
United States District Judge

ORDER DENYING RECONSIDERATION ~ 3